

FILED

DEC - 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | 1:09-CR-00391-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE MARIA ARELLANO VALLE, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: _12-7-09_

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1